UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   King D. Rives                                             Case # 13-33079-DOT
       Marydel H. Rives                                       Chapter 7
           Debtors

## MOTION FOR AN EXPEDITED HEARING

COMES NOW, King D. Rives and Marydel H. Rives, ("the Debtors"), by counsel, and moves this Court for an expedited hearing on their Motion for extension of the bankruptcy stay as to all creditors for the duration of their bankruptcy case. In support thereof, Debtors state as follow:

1. All facts and legal arguments contained in the Debtors' Motion for Extending the Stay are hereby incorporated by reference.
2. Court is not being held on June 26, 2013 nor on July 3, 2013, leaving the June 19th date as the only available hearing date.
3. The Stay will expire on July 4, 2013, absent an extension by the Court.

WHEREFORE, the Debtors respectfully pray that this Honorable Court will grant an Expedited Hearing on their Motion to Extend the Stay.

                                  King D. Rives
                                  Marydel H. Rives

                                By:  /s/  Jeanne E. Hovenden, Esq.
                                            Counsel

Jeanne E. Hovenden, Esq.
VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355, fax 804-796-6775

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of June 2013, the foregoing document was electronically served and/or mailed first class, postage prepaid to all creditors as set forth on the attached list of names and addresses.

                                       /s/ Jeanne E. Hovenden
                                       Jeanne E. Hovenden, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 13-33079-DOT<br>Eastern District of Virginia<br>Richmond<br>Mon Jun 10 17:24:31 EDT 2013 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | ADvantis<br>P O box 774<br>Sioux Falls, SD 57101-0774 |
| ASPCA<br>c/o Midstate Collection<br>P O Box 3292<br>Champaign, IL 61826-3292 | Advance America<br>9070 West Broad St, Ste B<br>Henrico, VA 23294-5804 | Advanced Orthopaedic Centers<br>7858 Shrader Rd.<br>Richmond, VA 23294-4222 |
| American Infosource LP<br>P.O. Box 248897<br>Oklahoma City, OK 73124-8897 | Ameripawn<br>6019 West Broad Street<br>Richmond, VA 23230-2221 | BCC Financial Mgmt Services<br>3230 W. Commercial Blvd<br>Suite 200<br>Fort Lauderdale, FL 33309-3400 |
| Ballato Law Firm PC<br>3721 Westerre Parkway, Ste A<br>Henrico, VA 23233-1332 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Berkely, Curry and Cook<br>1301 N. Hamilton Street<br>Ste 200<br>Richmond, VA 23230-3959 |
| Bon Secours Health System<br>P.O. Box 28538<br>Richmond, VA 23228-8538 | BullCity Financial Solutions<br>1107 W. Main Street<br>Suite 201<br>Durham, NC 27701-2028 | Carpet Cuts<br>5013 Forest Hill Ave<br>Richmond, VA 23225-3147 |
| Carpet Doctor carpet care<br>P O Box 29713<br>Henrico, VA 23242-0713 | Caudle & Ballato P.C.<br>3123 West Broad Street<br>Richmond, VA 23230-5106 | Charlottesville Bureau<br>of Credit<br>3690 Dobleann Drive<br>Charlottesville, VA 22911-9088 |
| Check $mart<br>7001 Post Road, Ste 200<br>Dublin, OH 43016-8334 | Check City<br>Regional Office<br>2729-B W Broad<br>Richmond, VA 23220-1905 | Check$mart<br>4503 W. Broad Street<br>Richmond, VA 23230-3203 |
| Chris Tagliente<br>2300 Cary Street<br>Richmond, VA 23223-7822 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | City of Chicago<br>Dept of Finance<br>P O Box 88298<br>Chicago, IL 60680-1298 |
| City of Richmond<br>Dept of Utilities<br>P.O. Box 26060<br>Richmond, VA 23274-0001 | Comcast (p)<br>Attn: Bankruptcy Dept.<br>P.O. Box 3012<br>Southeastern, PA 19398-3012 | Commonwealth of VA (tax)*<br>Department of Taxation/Legal<br>PO Box 2156<br>Richmond, VA 23218-2156 |
| Costco, Inc.<br>9650 West Broad St.<br>Glen Allen, VA 23060-4115 | Countryside Vet Hospital<br>10432 Ridgefield Parkway<br>Henrico, VA 23233-3544 | County of Henrico<br>Delinquent Tax Dept.<br>P.O. Box 27032<br>Richmond, VA 23273-7032 |

| | | |
|---|---|---|
| County of Henrico<br>Dept. of Public Utilities<br>POB 27032<br>Richmond, VA 23273-7032 | County of Henrico<br>Jason M. Hart Asst. Co. Athy<br>P.O. Box 90775<br>Henrico, VA 23273-0775 | Creative Contracting<br>1621 W. Cary Street<br>Richmond, VA 23220-5307 |
| Credit Acceptance Corp<br>PO Box 513<br>Southfield, MI 48037-0513 | Credit Adjustment Board * (e)<br>306 E. Grace Street<br>Richmond, VA 23219-1718 | Creditors Collection Service<br>P.O. Box 21504<br>Roanoke, VA 24018-0152 |
| (p)DT CREDIT CORP<br>P O BOX 29018<br>PHOENIX AZ 85038-9018 | David M. Marks<br>c/o MeyerGoergan Law<br>1802 Bayberry Court<br>Suite 200<br>Richmond, VA 23226-3773 | Dept of Motor Vehicles<br>District of Columbia<br>P O Box 2014<br>Washington, DC 20013-2014 |
| Dept. of Justice Tax Division<br>P O Box 227<br>Ben Franklin Station<br>Washington, DC 20044-0227 | Dominion Pathology<br>733 Boush Street<br>Suite 200<br>Norfolk, VA 23510-1591 | Dominion Virginia Power(p)<br>P.O. Box 26666<br>18th Floor<br>Richmond, VA 23261-6666 |
| Drive Finance<br>P.O. Box 562088<br>Dallas, TX 75356-2088 | Drs. Overton, Wiley, Kirchmier<br>10410 Ridgefield Parkeway<br>Richmond, VA 23233-3500 | Ducts Unlimited<br>5110 Byrdhill Road<br>Henrico, VA 23228-5852 |
| Eastern Account System<br>75 glen rd ste 110<br>Sandy Hook, CT 06482-1175 | Equdata<br>P.O. Box 6610<br>Newport News, VA 23606-0610 | Eric T. Voncannon<br>2017 Wade Court<br>Henrico, VA 23229-3822 |
| First Premier Bank (e)<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104-4824 | Focus Receivables Mgmt.<br>1130 Northchase Parkway<br>Marietta, GA 30067-6429 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Fredericksburg Credit Bureau<br>10506 Wakeman Drive<br>Fredericksburg, VA 22407-8040 | Friendly Finance<br>6340 Security Blvd. Ste 200<br>Baltimore, MD 21207-5161 | Gene W. Hart<br>1601 Broad Rock Blvd<br>Richmond, VA 23224-4923 |
| George Athy Upholstery<br>214 W. Broad Street<br>Richmond, VA 23220-4217 | Giant Stores/Martins<br>P O Box 930<br>Halifax, PA 17032-0930 | Gilliam & Evans, P.L.C.<br>7821 Ironbridge Road<br>Richmond, VA 23237-2240 |
| Gold Key<br>re Mercer Rug Cleaning<br>16070 Aviation Loop Rd<br>Brooksville, FL 34604-6802 | Gotcha Covered<br>11152 Leadbetter Road<br>Ashland, VA 23005-3400 | Greer P Jackson Jr. Esq<br>8500 Mayland Drive<br>Richmond, VA 23294-4700 |

| | | |
|---|---|---|
| H&M Dry Carpet Cleaning<br>11278 Caruthers Way<br>Glen Allen, VA 23059-1854 | HCA Health Services of Virgini<br>1602 Skipwith Road<br>Richmond, VA 23229-5205 | HSBC (e)<br>PO Box 5253<br>Carol Stream, IL 60197-5253 |
| Hampton Roads Radiology<br>110 Kingsley Lane<br>Suite 305<br>Norfolk, VA 23505-4617 | Hart & Associates, PC<br>c/o Thomas W. Ashton, Esq<br>10045 Midlothian Tpke<br>Suite 201<br>Richmond, VA 23235-4857 | I.C. System Inc<br>P. O. Box 64378<br>Saint Paul, MN 55164-0378 |
| Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Independence Park Imaging<br>9930 Independence Park Drive<br>Henrico, VA 23233-1476 | Independence Park imaging<br>P O Box 277577<br>Atlanta, GA 30384-7577 |
| Internal Revenue Service * (e)<br>Centralized Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff W. Soden<br>12205 Glenkirk Court<br>Henrico, VA 23233-2249 | Jefferson Capital Systems<br>P O Box 953185<br>Saint Louis, MO 63195-3185 |
| Jeffrey W. Soden Inc<br>7275 Glen Forest Dr<br>Suite 205<br>Richmond, VA 23226-3779 | Johns Hopkins Hospital<br>610 N. Caroline Street<br>Baltimore, MD 21205 | Keith N. Hurley PC<br>2727 McRae Road<br>Richmond, VA 23235-2377 |
| Kingston Financial<br>2274 S. 1300 E.<br>Suite G 15 #178<br>Salt Lake City, UT 84106-0000 | LCA Collections<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Laboratory Corp. of Amer*<br>P.O. Box 2240<br>re: Bankruptcy<br>Burlington, NC 27216-2240 |
| Lakeside Painting/Home Improve<br>3018 Patterson Ave<br>Suite 3<br>Richmond, VA 23221-1623 | Linda S. Cavazos<br>dba Care Cleaning<br>3675 Speeks Drive<br>Midlothian, VA 23112-7309 | MCV Assoc Physicians<br>9000 Stony Point Parkway<br>Richmond, VA 23235-1900 |
| MCV Associated Physicians<br>1605 Rhoadmiller Street<br>Richmond, VA 23220-1106 | Mercer Rug Cleaning<br>3116 W. Moore Street<br>Richmond, VA 23230-4420 | Metzger Floors<br>8261 Hermitage Road<br>Henrico, VA 23228-3031 |
| Meyer, Goergen & Marrs<br>1802 Bayberry Court<br>Suite 200<br>Richmond, VA 23226-3773 | Midland<br>17500 Chenal Parkway<br>#200<br>Little Rock, AR 72223-9041 | Midland Funding LLC<br>8875 Aero Drive<br>Ste 200<br>San Diego, CA 92123-2255 |
| Mimi M. Halleck, DDS<br>3402 Old Parham Road<br>Richmond, VA 23294-4116 | MoneyMax Title Loans (p)<br>3440 PReston Ridge Road<br>Suite 599<br>Alpharetta, GA 30005-3817 | NCO *<br>507 Prudential<br>Horsham, PA 19044-2308 |

| | | |
|---|---|---|
| National Credit Adjusters<br>P.O. Box 3023<br>327 W 4th Street<br>Hutchinson, KS 67501-4842 | NexCheck<br>2416 Green Springs Hwy<br>Birmingham, AL 35209-4920 | OB/GYN Associates, Ltd.<br>7601 Forest Avenue<br>Richmond, VA 23229-4933 |
| PCCS Carpet Cleaning<br>9181 Ivy Spring Place<br>Mechanicsville, VA 23116-7206 | Pallisades Collection, LLC<br>210 Sylvan Av<br>P O Box 1244<br>Englewood Cliffs, NJ 07632-0244 | Papa Johns # 385<br>9811 Hull Street Road<br>Richmond, VA 23236-1414 |
| Patient First *<br>12101 S Chalkley Rd<br>Chester, VA 23831-3755 | Payday Loan Store<br>10354 W. Roosevelt Road<br>Westchester, IL 60154-2521 | Payday Loan Yes/Cashnet<br>First Financial Service Center<br>2329 N. Carter Ave #1<br>Sioux Falls, SD 57107-1364 |
| Payliance<br>3 eastonOval<br>Ste 310<br>Columbus, OH 43219-6011 | Pediatric Cardiology of VA<br>7603 Forest Ave # 401<br>Richmond, VA 23229-4937 | Pentagroup Financial, LLC<br>5959 Corporate Drive<br>Suite 1400<br>Houston, TX 77036-2311 |
| Permatreat Pest Control<br>305 S. Washington Street<br>Ashland, VA 23005-2257 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Powell, Rogers & Speaks<br>P.O. Box 930<br>Halifax, PA 17032-0930 |
| Prof Acct Mgmt IN<br>633 W. Wisconsin Ave<br>Suite 1600<br>Milwaukee, WI 53203-1920 | Professional Finance Services<br>Central Bky and Recovery Dept<br>P O Box 1893<br>Spartanburg, SC 29304-1893 | Quest Diagnostics<br>3 Giralda Farms<br>Madison, NJ 07940-1027 |
| R.L. Elliott Enterprises<br>9297 Susquenna Trail<br>Aylett, VA 23009-0000 | RAC Acceptance<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Radiology Assoc of Rich<br>P.O. Box 13343<br>Richmond, VA 23225-0343 |
| Radiology Assoc. of Virginia<br>P.O. Box 13343<br>Richmond, VA 23225-0343 | Receivables Management<br>P.O.Box 8630<br>Richmond, VA 23226-0630 | Richard J. Knapp, Esq<br>2800 Patterson Ave #101<br>Richmond, VA 23221-1762 |
| Richmond Emergency Phys<br>P.O. Box 808<br>Grand Rapids, MI 49518-0808 | Richmond Wes<br>c/o Optimum Outcomes<br>2654 Warrenville Rd<br>Suite 500<br>Downers Grove, IL 60515 | Riley Wiltshire Brassington<br>8503 Patterson Ave<br>Henrico, VA 23229-6442 |
| Sabot School at Stoney Point<br>3400 Stoney Point Rd.<br>Richmond, VA 23235-1318 | Santander Consumer USA(p)<br>Attn: Bankruptcy Dept<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Secur Check<br>2612 JAckson Ave<br>Oxford, MS 38655-5405 |

| | | |
|---|---|---|
| Shop NBC<br>7825 Washington Ave<br>Ste 310<br>Minneapolis, MN 55439-2424 | Shore Health SE<br>c/o Hudson Law Office<br>326 S. Main Street<br>Emporia, VA 23847-2028 | Sprint * (e)<br>P.O. Box 152046<br>Attn: Bankruptcy Dept.<br>Irving, TX 75015-2046 |
| State of Illinois Tax Dept<br>101 W. Jefferson Street<br>Springfield, IL 62702-5145 | SunTrust Bankruptcy Dept*<br>RVW 7941<br>PO Box 85092<br>Richmond, VA 23285-5092 | TD Auto Finance<br>P O Box 551080<br>Jacksonville, FL 32255-1080 |
| TDAF<br>27777 Franklin Road<br>Farmington, MI 48334-0000 | Tax Counsel LTD<br>4701 Cox Road<br>#310<br>Glen Allen, VA 23060-6804 | The Rector & Visitors of UVA<br>853 W. Main Street<br>Charlottesville, VA 22908-0001 |
| Truman Refuse Service<br>PO Box 70882<br>Henrico, VA 23255-0882 | Tuckahoe Landscaping<br>2403 Lanier Road<br>Rockville, VA 23146-2228 | Tuckahoe Orthopaedic<br>8919 Three Chopt Road<br>Attn: Bankruptcy<br>Richmond, VA 23229-4659 |
| Tucker Psyc Clinic<br>1000 Boulders Pkwy Ste 202<br>Richmond, VA 23225-5515 | U-Haul International<br>2727 N. Central Ave<br>Phoenix, AZ 85004-1155 | US Attorneys Office<br>600 E. Main Street<br>Richmond, VA 23219-2416 |
| UVA Medical Ctr<br>Patient Fin. Services<br>POB 530272<br>Atlanta, GA 30353-0272 | UVA Physicians Group<br>P O Box 9007<br>Charlottesville, VA 22906-9007 | VATIV Recovery Solutions<br>P.O. Box 19249<br>Sugar Land, TX 77496-9249 |
| VCU Health System-MCV Hosp<br>PO Box 980462<br>Richmond, VA 23298-0462 | Verizon Virginia (e)<br>500 technology Dr.<br>Suite 300<br>Saint Charles, MO 63304-2225 | Verizon Wireless (e)<br>250 James Street<br>Morristown, NJ 07960-6410 |
| Village Exxon<br>Attn Jim McKenna<br>7100 Patterson Ave<br>Henrico, VA 23229-6754 | Virginia Ear Nose & Throat<br>P.O. Box 36007<br>Richmond, VA 23235-8000 | Virginia Emer Phys LLP<br>75 Remittance Drive<br>Suite 1151<br>Chicago, IL 60675-1151 |
| Virginia Eye Institute<br>400 Westhampton Sta<br>Richmond, VA 23226-3332 | Virginia Eye Institute<br>400 Westhampton Station<br>Richmond, VA 23226-3332 | Warren A. Whitworth<br>dba Whitworth Landscaping<br>P O Box 188<br>Arvonia, VA 23004-0188 |
| Westhampton Family Psych<br>1503 Santa Rosa #105<br>Henrico, VA 23229-5105 | Whetstone Upholstery<br>1122 N. Boulevard<br>Richmond, VA 23230-4806 | Woodforest Bank<br>P.O. Box 7889<br>Spring, TX 77387-7889 |

Harry Shaia, Jr
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

Jeanne E. Hovenden
Jeanne E. Hovenden, P.C.
9830 Lori Road
P O Box 1839
Chesterfield, VA 23832-9108

King D. Rives
1508 Olde Sage Court
Glen Allen, VA 23059-5675

Marydel H. Rives
1508 Olde Sage Court
Glen Allen, VA 23059-5675