UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re:  King D. Rives | ) | |
|      Marydel H. Rives | ) | |
|      a/k/a Marydel Hart Rives | ) | |
|      f/n/a Marydel Hart Nelson | ) | Bankruptcy No. 13-33079 |
| | ) | Chapter 7 |
|      Debtor | ) | |

| | |
|---|---|
| **FRIENDLY FINANCE CORP.** | ) |
| | ) |
|     Movant | ) |
| | ) |
| v. | ) |
| | ) |
| **KING D. RIVES** | ) |
| **MARYDEL H. RIVES** | ) |
| **HARRY SHAIA, JR., TRUSTEE** | ) |
|        Trustee | ) |
| | ) |
|     Respondents | ) |

ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Friendly Finance Corp. to modify the automatic stay;

it is ORDERED that the automatic stay by 11 U.S.C. §362 is modified to permit the movant and its

successors and assigns to enforce its rights under

its security agreement to lawfully repossess and liquidate certain personal property to wit:
     2010 Hyundai VIN: 5NPET4ACXAH617777

DONE at Richmond, Virginia, this ____ day of _____, 2013.

Dec 4 2013

/s/ Douglas O. Tice Jr.
United States Bankruptcy Judge
Entered on Docket: Dec 5, 2013

Proponent of Order
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75, Roanoke, VA 24002-0075

I ask for this:

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq. (VSB# 44181)
 Of Counsel to Movant
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002
(540)344-4490
mhuebsch@shenlegal.com


Seen and Agreed:

*/s/ Jeanne E. Hovenden*
Jeanne E. Hovenden, Esq.
Jeanne E. Hovenden, P.C.
9830 E Lori Road
P.O. Box 1839
Chesterfield, VA 23832

Seen:

*/s/ Harry Shaia, Jr.*
Harry Shaia, Jr., Trustee
Spinella, Owings & Shaia, P.C.
Richmond, VA 23059


## CERTIFICATION

The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is not identical to the form order required by Administrative Order 10-2 and that modifications, addition, or deletion has approved by the court.

    */s/ Matthew D. Huebschman*
    Attorney for Movant

## **CERTIFICATE OF SERVICE AND ENDORSEMENT**

I, Matthew D. Huebschman, Esq., certify that

[ ]    Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid this 28$^h$ day of September, 2010.

[x ]    Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[ ]    Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

　　　　　*/s/ Matthew D. Huebschman*
　　　　　Matthew D. Huebschman

Copies to:
Matthew D. Huebschman, Esq.
P.O. Box 75
Roanoke, VA 24002

Harry Shaia, Jr., Trustee
Spinella, Owings & Shaia, P.C.
Richmond, VA 23059

Jeanne E. Hovenden, Esq.
Jeanne E. Hovenden, P.C.
9830 E Lori Road
P.O. Box 1839
Chesterfield, VA 23832

Copy mailed to:

King D. Rives
1508 Olde Sage Court
Glen Allen, VA 23059

Marydel H. Rives
1508 Olde Sage Court
Glen Allen, VA 23059